Teresa J. Moore
Robert Garvin Moore
1333 N. Buffalo Drive, Suite 220
Las Vegas, Nevada 89128

RECEIVED
AND FILED
AUG 01 2014
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   Teresa Jean Moore
       Robert Garvin Moore

Case No.:  14-13791
Chapter: 11

_____  Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ✓ Voluntary Petition (specify reason for amendment)
- ✓ Summary of Schedules
- ___ Statistical Summary of Certain Liabilities
- ✓ Schedule A - Real Property
- ✓ Schedule B - Personal Property
- ✓ Schedule C - Property Claimed as exempt
- ✓ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    - ✓ Add/delete creditor(s), change amount or classification of debt - $30.00 Fee required.
    - ✓ Add/change address of already listed creditor - No fee
- ___ Schedule G - Executory Contracts and Unexpired Leases
- ✓ Schedule H - CoDebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ✓ Schedule J - Current Expenditures of Individual Debtor(s)
- ✓ Declaration Concerning Debtor's Schedules
- ✓ Statement of Financial Affairs and/or Declaration
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Disclosure of Compensation of Attorney for Debtor(s)
- ___ Statement of Current Monthly Income and Means Test Calculation
- ___ Certification of Credit Counseling
- ___ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: July 31, 2014

_Teresa J. Moore_
Teresa Jean Moore
Debtor

_Robert Garvin Moore_
Robert Garvin Moore
Joint Debtor

218591  30

B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Nevada | FIRST AMENDED<br>VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Teresa Jean Moore** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Moore, Robert-Garvin** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Teresa J. Moore | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Robert-Garvin: Moore |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>3663 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>8938 |
| Street Address of Debtor (No. and Street, City, and State):<br>8685 Queensbrook Court<br>Las Vegas, Nevada<br>ZIP CODE 89117 | Street Address of Joint Debtor (No. and Street, City, and State):<br>4251 Laurel Canyon Blvd.<br>Studio City, California<br>ZIP CODE 91604 |
| County of Residence or of the Principal Place of Business:<br>Clark County | County of Residence or of the Principal Place of Business:<br>Los Angeles |
| Mailing Address of Debtor (if different from street address):<br>8685 Queensbrook Court<br>Las Vegas, Nevada<br>ZIP CODE 89117 | Mailing Address of Joint Debtor (if different from street address):<br>3940 Laurel Canyon Blvd., Suite 999<br>Studio City, California<br>ZIP CODE 91604 |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Teresa Jean Moore and Robert-Garvin: Moore |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: District of Hawaii | Case Number: 10-00771 | Date Filed: 03/18/2010 |
| Location Where Filed: Central District of California | Case Number: 07-14784 | Date Filed: 12/05/2007 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: Russell Jack Grisham | Case Number: 14-00500 | Date Filed: 04/11/2014 |
| District: District of Hawaii | Relationship: Lease /Option + Title Holder | Judge: Robert J. Faris |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
     Signature of Attorney for Debtor(s)     (Date)

</td>
</tr>
</table>

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                     _____
                     (Name of landlord that obtained judgment)

                     _____
                     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Teresa Jean Moore and Robert-Garvin: Moore |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Teresa Jean Moore** *~Teresa J. Moore~*
   Signature of Debtor

X **Robert-Garvin: Moore** *~Robert Garvin Moore~*
   Signature of Joint Debtor          *With the reservation of all rights*
   **818-206-1146**
   Telephone Number (if not represented by attorney)
   **07/31/2014**
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

**Signature of Attorney\***

X _____
   Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# BANKRUPTCY CASE NO: 14-13791
## ATTACHMENT – PETITION

### Prior Bankruptcy Cases Filed Within Last 8 Years

| Case Number | Filing Date | Closing Date | Discharge Date | Disposition |
|---|---|---|---|---|
| 07-12387-13 | 07/11/2007 | 04/04/2008 | | Dismissed for Other Reason 09/05/2007 |
| 07-13532-07 | 09/25/2007 | 11/27/2007 | | Dismissed for Other Reason 11/06/2007 |
| 07-14758-13 | 12/04/2007 | 02/04/2009 | | Dismissed for Other Reason |
| 07-14784-07 | 12/05/2007 | 09/29/2010 | 06/24/2009 | Standard Discharge 06/24/2009 |
| 10-00771-07 | 03/18/2010 | 09/03/2013 | | No Discharge |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
### District of Nevada

In re **Moore, Teresa Jean & Robert-Garvin**,                    Case No. **14-13791**
         *Debtor*

Chapter **11**

### FIRST AMENDED
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 3,000,000.00 | | |
| B - Personal Property | Yes | 4 | $ 8,360,144.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 650,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 22,459.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 24,400.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 4 | | | $ 34,415.00 |
| TOTAL | | 25 | $11,360,144.00 | $ 672,459.12 | |

B6A (Official Form 6A) (12/07)

In re **Moore, Teresa Jean & Robert-Garvin**          ,          Case No. **14-13791**
                            Debtor                                                      (If known)

## FIRST AMENDED
# SCHEDULE A - REAL PROPERTY

    Except as directed below. list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2029 Ala Wai Blvd, Apt PH-1 Honolulu, Hawaii 96815 | Co-Owner | C | 400000 | |
| 343 Hobron Lane, Apt 4404 Honolulu, Hawaii 96815 | Inheritance | C | 700000 | |
| 2016 Komo Mai Drive Pearl City, Hawaii 96782 | Co-Owner | C | 300000 | |
| 4251 Laurel Canyon Blvd Studio City, California 91604 | Owner | C | 700000 | |
| 343 Ricardo Drive Aromas, California 95004 | Co-Owner | C | 700000 | |
| 313 Palma Drive Salinas, California 93901 | Co-Owner | C | 200000 | |
| | | | | |

                                                Total▶    3,000,000.00
                                          (Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re **Moore, Teresa Jean & Robert-Garvin**                ,          Case No. **14-13791**_____
_____Debtor                                                                          (If known)

## FIRST AMENDED
# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | C | 100 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Hawaiian Bank ($1255.52) Wells Fargo Bank ($3460.65) | C | 4716 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Buffalo Road Office Lease ($2500) Attorney Brett Marshall ($3500) | C | 6000 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Laurel Canyon, CA ($2000) Ala Wai Mansion, HI  ($2000) | C | 4000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing and Wearing apparel (NV, CA, HI) | C | 500 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re **Moore, Teresa Jean & Robert-Garvin**        ,                    Case No. **14-13791**
                        Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Proctor & Gamble stock (32 shares) | C | 2528 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Infinity & Beyond LLC; Emerald Green LLC; MARSHALL LAW LEARNING CENTER LLC | C | 2000 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Pacita Herschelman Estate (Mother) The Windsor, Apt 4404 | | 700000 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See B-21 Attachment | | 7636000 |

B 6B (Official Form 6B) (12/07) -- Cont.

In re **Moore, Teresa Jean & Robert-Garvin**          ,          Case No. **14-13791**
_____          _____
Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | MOORE WEALTH NETWORK Interactive Educational Webcast | | 0 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Suzuki Bergman (1 each at $3000) Honda Helix (2 each at 800) | | 3800 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Studio City, California ($50) Honolulu, Hawaii ($50) | | 100 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Las Vegas, NV ($100); Studio City, CA ($100) Honolulu, HI ($200) | | 400 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached      Total▶      $      8,360,144.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

## BANKRUPTCY CASE NO: 14-13791
### ATTACHMENT B-21

## Other Contingent and Un-liquidated Claims

| Party Name | Associated Property | Tentative Claims | Amount |
|---|---|---|---|
| Debra Parks, et al | 16155 Otsego Street, Encino, California | Fraud, Conversion, Unjust Enrichment and others | $600,000.00 |
| HSBC BANK, et al | 17602 Havenridge Drive, Bakersfield California | Fraud, Conversion, Wrongful Eviction, IIED, and others | $50,000.00 |
| DEUTSCHE BANK, et al | 2016 Komo Mai Drive, Pearl City, Hawaii | Fraud, Title Slander, Quiet Title and others | $600,000.00 |
| Jonathan Czarnecki, et al | 22280 Toro Hills Drive | Fraud, Contract breach, Conversion, Unjust Enrichment and others | $825,000.00 |
| US BANK NA, et al | 343 Ricardo Drive, Aromas, California | Fraud, Conversion, Unjust Enrichment, Quiet Title and others | $250,000.00 |
| BAYVIEW LOAN SERVICING, et al | 3792 Greenbriar Drive, Pittsbur, California | Fraud, Conversion, Unjust Enrichment, Wrongful Eviction and others | $300,000.00 |
| Jonny Hovik Meguerian, et al | 424 North Kalaheo Avenue, Kailua, Hawaii | Fraud, Conversion, Unjust Enrichment, Wrongful Eviction and others | $1,000,000.00 |
| Bruce Bagheri, et al | 8685 Queensbrook Court, Las Vegas, Nevada | Fraud, Conversion, Unjust Enrichment, Quiet Title and others | $500,000.00 |
| Sabrina Stevens | Condo Equity Share, Kauai, Hawaii | Fraud, Contract breach, Conversion, Unjust Enrichment and others | $126,000.00 |
| John Spadaro, et al | Executive Center Lease, Honolulu, Hawaii | Fraud, Wrongful Eviction, IIED and others | $150,000.00 |
| Courtney Brown | Executive Center Purchase, Honolulu, Hawaii | Fraud, Conversion, Unjust Enrichment, IIED and others | $40,000.00 |
| Joe Brescia, et al | Kekaha Purchase Deposit, Kauai, Hawaii | Fraud, Conversion, Unjust Enrichment, IIED and others | $180,000.00 |
| Claire Melde | Robinson Canyon Equity, Carmel, California | Fraud, Conversion, Unjust Enrichment and others | $300,000.00 |
| Dodi Gains, et al | Robinson Canyon Equity, Carmel, California | Fraud, Conversion, Unjust Enrichment, IIED and others | $1,000,000.00 |
| Ty Ebright, et al | Schulte Road Equity, Carmel, California | Fraud, Conversion, Unjust Enrichment, IIED and others | $1,000,000.00 |
| Sharon Stevens | Vantage Drive Equity, Studio City, California | Fraud, Conversion, Unjust Enrichment and others | $100,000.00 |
| Debra Parks, et al | 4251 Laurel Canyon Blvd, Studio City, California | Fraud, Conversion, Unjust Enrichment and others | $600,000.00 |
| Anthony & Jenny Hernandez | 13077 Providence Place Bakersfield, California | Contract Breach, Conversion, Unjust Enrichment and others | $15,000.00 |
| | | TOTAL | $7,636,000.00 |

B6C (Official Form 6C) (04/13)

In re **Moore, Teresa Jean & Robert-Garvin**           ,        Case No. **14-13791**
_____
*Debtor*                                                              *(If known)*

## FIRST AMENDED
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Homestead | NRS §115.010 & §115.020 | 550000 | 550000 |
| Personal Property-Books, keepsakes and pictures | NRS §21.090(1)(a) | 5000 | 500 |
| Personal Property-appliances, furniture, electronics, clothing, etc | NRS §21.090(1)(b) | 12000 | 8000 |
| Motor Vehicle - Suzuki Bergman | NRS §21.090(1)(f), §21.090(1)(p) | 15000 | 2000 |
| Wildcard | NRS §21.090(z) | 2000 | |
| Ricardo Property Partnership | NRS §87.250, §87.280 | Unknown | 500000 |

---

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re <u>Moore, Teresa Jean & Robert-Garvin</u> ,        Case No. <u>14-13791</u>
        Debtor                                            (If known)

## FIRST AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1007028236 <br><br> CARRINGTON <br> P.O. Box 54285 <br> Irvine, CA 92619-4285 | X | C | 50% Debtor Interest 2029 Ala Wai Blvd, Apt PH-1; Mortgage Lien Claim <br><br> VALUE $ 800,000 | X | X | X | Unknown/Disputed | Unknown |
| ACCOUNT NO. 0003415695 <br><br> PNC BANK, N.A. <br> 1 PNC Plaza, 259 5th Ave <br> Pittsburgh, PA 15222 | X | C | 100% Inheritance 343 Hobron Lane, Apt 4404; Mortgage Lien Claim <br><br> VALUE $ 800,000 | X | X | X | Unknown/Disputed | Unknown |
| ACCOUNT NO. 1000521956 <br><br> DEUTSCHE BANK NAT TRU <br> 1610 East Saint Andrew Place, Suite B15 <br> Santa Ana, CA 92705 | X | C | 50% Debtor Interest 2016 Komo Mai Drive; Mortgage Lien Claim <br><br> VALUE $ 700,000 | X | X | X | Unknown/Disputed | Unknown |

  3   continuation sheets attached

Subtotal ▶
(Total of this page)

$ 0.00

$ 0.00

Total ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re Moore, Teresa Jean & Robert-Garvin ,                Case No. 14-13791
            Debtor                                                      (if known)

FIRST AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 71906481 OCWEN FINANCIAL 2002 Summit Blvd, 600, Atlanta, GA 30319 | X | C | 100% Debtor Interest 4251 Laurel Canyon Blvd; Mortgage Lien Claim  VALUE $ 800,000 | X | X | X | Unknown/Disput | Unknown |
| ACCOUNT NO. 50000241 US BANK, N.A., Trustee 800 Nicollet Mall, Minneapolis, MN 55402-4302 | X | C | 50% Debtor Interest 343 Ricardo Drive; Mortgage Lien Claim  VALUE $ 500000 | X | X | X | 475000 | Unknown |
| ACCOUNT NO. 7130924074 BANK OF AMERICA, N.A., 400 National Way Simi Valley, CA 93065 | X | C | 50% Debtor Interest 313 Palma Drive Mortgage Lien Claim  VALUE $ 200000 | X | X | X | 175000 | 0 |
| ACCOUNT NO. Norm Pomeranz P.O. Box 67603 Los Angeles, CA 90067 | | | 100% Debtor Interest 4251 Laurel Canyon Blvd; Mortgage Lien Claim  VALUE $ 800,000 | X | X | X | Unknown/Disput | Unknown |
| ACCOUNT NO. Norm Pomeranz P.O. Box 67603 Los Angeles, CA 90067 | | | 50% Debtor Interest 2016 Komo Mai Drive; Mortgage Lien Claim  VALUE $ 700,000 | X | X | X | Unknown/Disput | Unknown |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ►
(Total(s) of this page)

$ 650,000.00

$ 0.00

Total(s) ►
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re **Moore, Teresa Jean & Robert-Garvin** ,                    Case No. **14-13791**
                    Debtor                                                                    (if known)

## FIRST AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

| | |
|---|---|
| $       0.00 | $       0.00 |
| $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re **Moore, Teresa Jean & Robert-Garvin** ,          Case No. **14-13791**
              **Debtor**                                                          **(if known)**

FIRST AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ | $ |
|---|---|
| 0.00 | 0.00 |

Total(s) ▶
(Use only on last page)

| $ | $ |
|---|---|
| 650,000.00 | 0.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **Moore, Teresa Jean & Robert-Garvin.**                     Case No.**14-13791**
            *Debtor*                                                      *(if known)*

FIRST AMENDED
# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐      Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐      **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).
☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re **Moore, Teresa Jean & Robert-Garvin**      ,      Case No.**14-13791**
           *Debtor*                                                      *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_  continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Moore, Teresa Jean & Robert-Garvin**          ,          Case No. **14-13791**
_____
Debtor                                                                    (if known)

FIRST AMENDED
# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 990-044-170-000 <br><br> SAN BENITO COUNTY <br> Mary Lou Andrade, Treasurer <br> 440 Fifth Street, Room #107 <br> Hollister, CA 95023-3894 | X | C | 50% Debtor Interest <br> 343 Ricardo Drive, <br> Aromas, CA <br> Tax Lien Claim | X | X | X | Unk/Disp | 0 | Unknown |
| Account No. 2367005034 <br><br> CITY OF LOS ANGELES, <br> FINANCE OFFICE <br> RMS Tax Discovery Unit <br> P.O. Box 53234 <br> Los Angeles, CA 90053-0234 | X | C | 100% Debtor Interest <br> 4251 Laurel Canyon <br> Blvd, Studio City, CA <br> Tax Lien Claim | X | X | X | Unk/Disp | 0 | Unknown |
| Account No. 1970481150000002 <br><br> CITY & COUNTY OF <br> HONOLULU <br> DIVISION OF TREASURY <br> P.O. Box 4200 <br> Honolulu, HI 96812-4200 | X | C | 50% Debtor Interest <br> 2016 Komo Mai <br> Drive, Pearl City, HI <br> Tax Lien Claim | X | X | X | Unk/Disp | 0 | Unknown |
| Account No. <br><br><br><br> | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals► (Totals of this page) | $ 0.00 | $ 0.00 | 0.00 |
| Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 0.00 | $ 0.00 |

B 6F (Official Form 6F) (12/07)

In re **Moore, Teresa Jean & Robert-Garvin**      ,      Case No. **14-13791**
          Debtor                                           (if known)

FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Santa Clara Valley Medical Center, 751 South Bascom Avenue, San Jose, CA 95128 | | C | July 23, 2013 Emergency Hospital Admission | | | | 17860.24 |
| ACCOUNT NO. E00000053572 <br><br> Encino Hospital Medical Center, 16237 Ventura Blvd, Encino, CA 91403 | | C | October 13, 2013 Emergency Medical Service | | | | 3790.01 |
| ACCOUNT NO. 8752194343 <br><br> Quest Diagnostics PO Box 7306 Hollister, MO 65873 | | C | July 23, 2013 Emergency Hospital Admission | | | | 332.87 |
| ACCOUNT NO. 53572 <br><br> Pacific Emergency Medical Assoc, PO Box 60039, Arcadia, CA 91066 | | C | October 13, 2013 Emergency Medical Service | | | | 476.00 |

Subtotal► $  22,459.12

1   continuation sheets attached

Total► $  0
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Moore, Teresa Jean & Robert-Garvin**          ,          Case No. **14-13791**
          Debtor                                                              (if known)

### FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  0.00

Total➤  $  22,459.12
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **Moore, Teresa Jean & Robert-Garvin**      ,        Case No. **14-13791**
　　　　　　　　Debtor                                    (if known)

FIRST AMENDED
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Eugene F. Herschelman<br>7707 Kemper Road<br>Modesto, CA 95357 | Laurel Canyon House & Komo Mail Drive House<br>4251 Laurel Canyon Blvd, Studio City, California<br>2016 Komo Mai Drive, Pearl City, Hawaii<br>Agreements to purchase/Assignment of interests |
| John Gschwend<br>PO Box 757<br>Pearl City, HI 96782 | Providence Place House<br>13307 Providence Place, Bakersfield, California<br>Lease-Purchase Agreement |
| Russell Grisham<br>2029 Ala Wai Boulevard, PH-1<br>Honolulu, HI 96815 | Ala Wai Mansion Apt PH-1<br>2029 Ala Wai Boulevard, Honolulu, Hawaii<br>Lease-option Agreement |
| Todd Zang<br>8685 Queensbrook Court<br>Las Vegas, Nevada 89117 | Queensbrook Court House<br>8685 Queensbrook Court, Las Vegas, Nevada<br>Lease-option Agreement |
| Danny & Delaina Black<br>7001 Creemore Street<br>Bakersfield, CA 93314 | Havenridge Drive House<br>17602 Havenridge Drive, Bakersfield, California<br>Lease-Option Agreement |
| Jeff Wilson<br>Post Office Box 10414<br>Salinas, CA 93912 | Ricardo Drive House and Palma Drive House<br>343 Ricardo Drive, Aromas, California<br>313 Palma Drive, Salinas, California<br>Agreements to purchase |

B 6G (Official Form 6G) (12/07)

In re **Moore, Teresa Jean & Robert-Garvin**     ,          Case No. **14-13791**
            Debtor                                                    (if known)

FIRST AMENDED

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (CONTINUATION)

   Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare
interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or
lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If
a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent
or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and
Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Debra Sonja Parks<br>c/o Margaret Parks<br>61 Kai One Place<br>Kailua, Hawaii 96734 | Otsego Street House<br>16155 Otsego Street, Encino California<br>Equity Share Agreement |
| Jonathan Czarnecki<br>22280 Toro Hills Drive<br>Salinas, California 93908 | Toro Hills Road House<br>22280 Toro Hills Drive, Salinas, California<br>Equity Share Agreement<br>Promissory Note |
| Lawrence Miller Trust<br>1333 North Buffalo Drive, Suite 120<br>Las Vegas, Nevada 89128 | Office Lease & Deposit<br>1333 North Buffalo Drive, Las Vegas, Nevada<br>$2500 Security Deposit Refund Demand |
| Steve Funke<br>c/o Duane Gibbs<br>694 Wanaao Road<br>Kailua, HI 96734 | Kaleheo Drive House<br>424 North Kalaheo Avenue, Kailua, Hawaii<br>Lease-Option Agreement/Assignment of Interests |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re **Moore, Teresa Jean & Robert-Garvin**  ,                    Case No. **14-13791**
                    **Debtor**                                                    **(if known)**

FIRST AMENDED
## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Robert-Garvin: Moore<br>4251 Laurel Canyon Blvd<br>Studio City, California 91604 | |
| Jeff Wilson [Ricardo Drive House]<br>Post Office Box 10414<br>Salinas, California 93912 | US BANK, N.A., Trustee of ...<br>Attn: Richard Davis, C.E.O.<br>800 Nicollet Mall, BC-MN-H210<br>Minneapolis, MN 55402-4302 |
| Russell Grisham  [Ala Wai Mansion Condo]<br>2029 Ala Wai Boulevard, Apt PH-1<br>Honolulu, Hawaii 96815 | CARRINGTON MORTGAGE SERVICES, LLC<br>Attn: Bruce Rose, C.E.O.<br>P.O. Box 54285<br>Irvine, CA 92619-4285 |
| Eugene F. Herschelman [Komo Mai House]<br>770 Kemper Road<br>Modesto, California 95357-1117 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>Attn: Darren Fulco, C.E.O.<br>1761 East Saint Andrew Place<br>Santa Ana, CA 92705 |
| Pacita I. Herscheman Estate [Windsor Apartment 4404]<br>Post Office Box 75217<br>Honolulu, Hawaii 96836 | PNC BANK, N.A.<br>Attn: William S. Demchak, C.E.O.<br>1 PNC Plaza, 259 5th Avenue<br>Pittsburgh, PA 15222 |
| Debra Sonja Parks [Laurel Canyon House]<br>(Address Unknown) | OCWEN FINANCIAL<br>2711 Cernterville Road, Suite 400<br>Wilmington, DE 19808 |

Fill in this information to identify your case:

| Debtor 1 | **Teresa Jean Moore** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Robert G. Moore** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **District of Nevada**

Case number  **14-13791**
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
__07/31/2014__
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Employment status** | | ☐ Employed  ☑ Not employed | ☐ Employed  ☑ Not employed |
| **Occupation** | | Consultant | |
| **Employer's name** | | | |
| **Employer's address** | | | |
| | | Number    Street | Number    Street |
| | | City    State    ZIP Code | City    State    ZIP Code |
| **How long employed there?** | | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ _____ | $ _____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ _____ | + $ _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ __0.00__ | $ __0.00__ |

Debtor 1  __Teresa Jean Moore__
     First Name    Middle Name    Last Name

Case number *(if known)* __14-13791__

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ................................................... → | 4. | | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ _____ | $ _____ |
| 5b. Mandatory contributions for retirement plans | 5b. | | $ _____ | $ _____ |
| 5c. Voluntary contributions for retirement plans | 5c. | | $ _____ | $ _____ |
| 5d. Required repayments of retirement fund loans | 5d. | | $ _____ | $ _____ |
| 5e. Insurance | 5e. | | $ _____ | $ _____ |
| 5f. Domestic support obligations | 5f. | | $ _____ | $ _____ |
| 5g. Union dues | 5g. | | $ _____ | $ _____ |
| 5h. Other deductions. Specify: _____ | 5h. | + | $ _____ | + $ _____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ _____ | $ _____ |

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 600.00 | $ _____ |
| 8b. Interest and dividends | 8b. | | $ _____ | $ _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ _____ | $ _____ |
| 8d. Unemployment compensation | 8d. | | $ _____ | $ _____ |
| 8e. Social Security | 8e. | | $ _____ | $ _____ |
| 8f. **Other government assistance that you regularly receive** | | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | $ _____ | $ _____ |
| 8g. Pension or retirement income | 8g. | | $ _____ | $ _____ |
| 8h. Other monthly income. Specify:  Consulting Services | 8h. | + | $ 10.000.00 | + $ _____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | | $ 10,600.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 10,600.00 + | $ 0.00 = | $ 10,600.00 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify:  Partner expense & reimbursed property management expenses               11. + $ 13.800.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.

$ 24.400.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:  | Increse in consulting income; settlement funds; loan modification decreases |

Real Estate

8a   Rental Income - Komo Mai Studio #6

11.   Re-imbursed property expenses and maint.

   - Komo Mai                    $1,350
                 600
                 500
                 250

   - Laurel Canyon          $ 1000

   - PA-1                        $ 2500

   - Providence              $ 1500

   - Havenridge            $/1500

   - Buffalo Rd             $ 1,750

   - Palma                    $ 1200.

   - Queensbrook        $ 1000.

   - Ricardo                $ 2000.
                              —————
                              13,800

Fill in this information to identify your case:

Debtor 1    **Teresa Jean Moore**
First Name        Middle Name        Last Name

Debtor 2    **Robert G. Moore**
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    **District of Nevada**

Case number    **14-13791**
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
07/31/2014
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No.  Go to line 2.

    ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☑ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**         ☑ No

    Do not list Debtor 1 and         ☐ Yes. Fill out this information for
    Debtor 2.                    each dependent.........................

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ☐ No     ☑ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     (Proposed Amount) | 4. | $          29,715.00 |
| **If not included in line 4:** |  |  |
| 4a.   Real estate taxes | 4a. | $ |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ |
| 4d.   Homeowner's association or condominium dues | 4d. | $ |

Official Form B 6J                    Schedule J: Your Expenses                    page 1

Debtor 1    __Teresa Jean Moore_____          Case number *(if known)* __14-13791_____
             First Name    Middle Name    Last Name

|  |  |  | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $_____ |
| 6. | **Utilities:** |  |  |
|  | 6a. Electricity, heat, natural gas | 6a. | $_____ |
|  | 6b. Water, sewer, garbage collection | 6b. | $_____ |
|  | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ |
|  | 6d. Other. Specify: _____ | 6d. | $_____ |
| 7. | **Food and housekeeping supplies** | 7. | $_____1,000.00 |
| 8. | **Childcare and children's education costs** | 8. | $_____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____200.00 |
| 10. | **Personal care products and services** | 10. | $_____100.00 |
| 11. | **Medical and dental expenses** | 11. | $_____1,000.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____1,000.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____200.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $_____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
|  | 15a. Life insurance | 15a. | $_____ |
|  | 15b. Health insurance | 15b. | $_____ |
|  | 15c. Vehicle insurance | 15c. | $_____200.00 |
|  | 15d. Other insurance. Specify:_____ | 15d. | $_____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____ |
| 17. | **Installment or lease payments:** |  |  |
|  | 17a. Car payments for Vehicle 1 | 17a. | $_____ |
|  | 17b. Car payments for Vehicle 2 | 17b. | $_____ |
|  | 17c. Other. Specify:_____ | 17c. | $_____ |
|  | 17d. Other. Specify:_____ | 17d. | $_____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $_____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** |  |  |
|  | 20a. Mortgages on other property | 20a. | $_____ |
|  | 20b. Real estate taxes | 20b. | $_____ |
|  | 20c. Property, homeowner's, or renter's insurance | 20c. | $_____ |
|  | 20d. Maintenance, repair, and upkeep expenses | 20d. | $_____ |
|  | 20e. Homeowner's association or condominium dues | 20e. | $_____ |

| Debtor 1 | **Teresa Jean Moore** | | | Case number (if known) **14-13791** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other**. Specify: __Legal fee contribution from partners__          21. +$          4,700.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                          22. $          34,415.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $          24,400.00

23b. Copy your monthly expenses from line 22 above.                23b. –$          34,415.00

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income*.                     23c. $          -10,015.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here:    Consulting income should increase by $10000 within the next 90-days
                           Loan modifications and fraudulent transfer settlements should occur within 12-months

1.  LR   estimated loan mod pymt          $2000
           property taxes & insurance         1000
           maintenance, repair                 825
           utilities, interest, alarm         1000
                                             ─────
                                             $4825

2. Komo Mai   estimated loan mod.           1500
              property tax & insurance       500
              maintenance & repairs         2000
              utilities interest & alarm    1000
                                            ─────
                                            4600

3.  PH-1      esitmated loan mod.           2400
              property tax & LH             1,000
              maintenance fee               1540
              utilities repairs              500
                                            ─────
                                            5,440

Providence    estimated loan mod           1500
              property tax, ins. &         1000
              buyout
              maintenance utilities         500          $29,715
                                            ─────
                                            $3000

Buffalo Road   lease                        $3200

Palma          mortgage & taxes   $1500

Queensbrook    estimated loan mod.   $1500
               property tax & ins.          500
               repairs & utilities         1000
                                           ─────
                                           $3000

Riverside      estimated loan mod.          1500
               property tax & ins           250
               maintenance & repairs        150
                                           ─────

In re **Moore, Teresa Jean & Robert-Garvin**                    Case No.**14-13791**
_____
        Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **07/31/2014** _____          Signature:  _Teresa Jean Moore_____
                                             Debtor

Date  **07/31/2014** _____          Signature:  _Robert-Garvin: Moore_____
                         (Joint Debtor, if any)     _With the reservation of all rights_

-----------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,                  Social Security No.
of Bankruptcy Petition Preparer                         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
-----------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                             _____
                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-----------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## District of Nevada

In re: **Moore, Teresa Jean & Robert-Garvin**    ,  Case No. **14-13791**_____
_____Debtor_____                                                    (if known)

## FIRST AMENDED
## STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 43000 | 2014 Consulting and Renting |
| 67674 | 2013 Consulting and Renting |
| 56380 | 2012 Consulting and Renting |

B7 (Official Form 7) (04/13)                                                                                                                  2

### 2. Income other than from employment or operation of business

None
☑       State the amount of income received by the debtor other than from employment, trade, profession, operation of the
        debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a
        joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
        must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
        petition is not filed.)

        AMOUNT                                        SOURCE

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐       a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of
        goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
        this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
        Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
        as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling
        agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
        whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        NAME AND ADDRESS OF CREDITOR        PAYMENT DATES    AMT PAID/AMT OWED

        LAWRENCE MILLER TRUST (Buffalo Office Lease)        March 28, 2014        $2500      Lease deposit

None
☑       b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
        within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that
        constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk
        (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative
        repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors
        filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
        not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

        *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

B7 (Official Form 7) (04/13)                                                                                    3

None
☐    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
     to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
     include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
     a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Brett Marshall (Partner) 1333 N Buffalo Dr #220 Disputed debt/no legal services performed | 03/07/2014 | $3500 | none |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
     preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
     information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
     and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CALTRANS v Wilson & Moore (11-00119) | Eminent Domain - 343 Ricardo Drive, Aromas, Calif | California Superior Court, San Benito County | Stay |
| HSBC v Moore & Black (S-1500-CL-275078) | Unlawful Detainer - 17602 Havenridge Dr, Bakersfield, Calif | California Superior Court, Kern County | Appeal |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
     year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
     must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
     the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| 17602 Havenridge Drive, Bakersfield, California | 09/19/2013 | Real Property - $400000 |
| 343 Ricardo Drive, Aromas, California | 04/16/2012 | Real Property - $450000 |
| 1088 Bishop Street, #202, Honolulu, Hawaii | 12/15/2012 | Apartment Lease - $54060 |
| 343 Hobron Lane, Apt 4404, Honolulu, Hawaii | 01/2012 | Real Property - $800000 |

---

### 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
     of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
     (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
     spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| 3792 Greenbriar Dr, Pittsburg, California | ? | Real Property - $300000 |

B7 (Official Form 7) (04/13)                                                                                              4

### 6.  Assignments and receiverships

None


a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None


b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                    5

**9.  Payments related to debt counseling or bankruptcy**

None
☐      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
       consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
       within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| #1St CHOICE CREDIT COUNSELING & FINANCIAL EDUCATION | May 20, 2014 | $35 |
| Brett Marshall, Attorney (Danny Black) | January 2014 | $5500 |

**10.  Other transfers**

None
☐      a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of
       the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of
       this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
       whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| 1088 Bishop Street, #202, Honolulu, Hawaii | 01/17/2013 | Apartment Lease - $54060 |
| 3792 Greenbriar Dr, Pittsburg, California | | Real Property - $300000 |
| 343 Hobron Lane, Apt 4404, Honolulu, Hawaii | 1/31/2012 | Real Property - $800000 |

None
☑      b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
       to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☑      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
       closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include
       checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
       held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
       institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
       instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT. LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          6

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 343 Hobron Lane, Apt 4404, Honolulu, Hawaii | Teresa J. Moore | 01/2006 - 01/2012 |
| 1080 Bishop Street, Apt 202, Honolulu, Hawaii | Teresa J. Moore | 08/2011 - 01/2013 |
| 3792 Greenbriar Drive (Family home) Pittsbur, California | Teresa J. Moore | 01/1986 - 06/2012 |
| 17602 Havenridge Drive Bakersfiel, California | Teresa J. Moore | 02/2012 - 09/2013 |

B7 (Official Form 7) (04/13)                                                                                       7

**16. Spouses and Former Spouses**

None
☐  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California. Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
Robert-Garvin: Moore

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                                         8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Teresa J. Moore | xxx-xx-3663 | | Education and Consulting | 01/2008 - present |

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                         ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                             DATES SERVICES RENDERED

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                    DATES SERVICES RENDERED

B7 (Official Form 7) (04/13)                                                                    9

None
☑          c. List all firms or individuals who at the time of the commencement of this case were in possession of the
           books of account and records of the debtor.  If any of the books of account and records are not available, explain.

           NAME                                               ADDRESS


None
☑          d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
           financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

           NAME AND ADDRESS                                   DATE ISSUED

---

**20. Inventories**

None
☑          a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
           taking of each inventory, and the dollar amount and basis of each inventory.

           DATE OF INVENTORY          INVENTORY SUPERVISOR       DOLLAR AMOUNT
                                                                 OF  INVENTORY
                                                                 (Specify cost, market or other basis)


None
☑          b. List the name and address of the person having possession of the records of each of the inventories reported
           in a., above.

           DATE OF INVENTORY                                  NAME AND ADDRESSES
                                                              OF CUSTODIAN
                                                              OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
☑          a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
           partnership.

           NAME AND ADDRESS          NATURE OF INTEREST    PERCENTAGE OF INTEREST


None
☑          b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
           directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
           corporation.
                                                              NATURE AND PERCENTAGE
           NAME AND ADDRESS                 TITLE            OF STOCK OWNERSHIP

---

B7 (Official Form 7) (04/13)                                                                                              10

**22 . Former partners, officers, directors and shareholders**

None
☑      a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
       preceding the commencement of this case.

       NAME                              ADDRESS                         DATE OF WITHDRAWAL

None
☑      b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
       within **one year** immediately preceding the commencement of this case.

       NAME AND ADDRESS                  TITLE                           DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☑      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
       during **one year** immediately preceding the commencement of this case.

       NAME & ADDRESS                    DATE AND PURPOSE                AMOUNT OF MONEY
       OF RECIPIENT,                     OF WITHDRAWAL                   OR DESCRIPTION
       RELATIONSHIP TO DEBTOR                                            AND VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None
☑      If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any
       consolidated group for tax purposes of which the debtor has been a member at any time within **six years**
       immediately preceding the commencement of the case.

       NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☑      If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to
       which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately
       preceding the commencement of the case.

       NAME OF PENSION FUND              TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                        11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | | |
|---|---|---|---|
| Date | 07/31/2014 | Signature of Debtor | *Teresa Jean Moore* |
| Date | 07/31/2014 | Signature of Joint Debtor (if any) | Robert Garvin Moore |

*With the reservation of all rights*

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| | | |
|---|---|---|
| Date | | Signature |
| | | Print Name and Title |

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0 ___ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

  Teresa Jean Moore
  Robert Garvin Moore

      Debtor(s).

Bankruptcy No.: **14-13791**
Chapter   11

## SECOND-AMENDED
## **VERIFICATION OF**
## **CREDITOR MATRIX**

   The Debtors verify that the attached list of creditors or claimants is true and correct to the best of their knowledge and belief.

Date 07/31/2014

Signature  Teresa Jean Moore

Date 07/31/2014

Signature  Robert Garvin Moore

*With the reservation of all rights*

NV_1008(vercredmatrix).wpd

**ALA WAI MANSION AOAO**
Attn: Joe Corner, President
Ref # APT PH1
2029 Ala Wai Boulevard, Apt. 603
Honolulu, HI 96815

**ALA WAI MANSION AOAO**
Attn: Steven Gutman, Esq.
Ref # APT PH1
220 South King Street, Suite 1900
Honolulu, HI 96813

**CALIF STATE BOARD OF EQUALIZATION**
Special Operations BR Team, MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

**CITY & COUNTY OF HONOLULU**
DIVISION OF TREASURY
Ref: 1970481150000002
P.O. Box 4200
Honolulu, HI 96812-4200

**DEPT OF EMPLOYMENT, TNG & REHAB**
Employment Security Division
500 East Third Street
Carson City, NV 89713

**INTERNAL REVENUE SERVICE**
Attn: Bankruptcy Section
P.O. Box 7346
Philadelphia, PA 19101-7346

**NEVADA DEPT OF TAXATION**
Attn: Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

**OCWEN LN 2002-FF4 (CE)**
Attn: Ronald M. Faris, C.E.O.
Ref # 71906481
30 Corporate Park 450
Irvine, CA 92606

**PNC BANK, N.A.**
Attn: David B. Rosen, Esq.
Ref # 0003415695
810 Richards Street, Suite 880
Honolulu, HI 96813

**SANTA CLARA COUNTY**
Attn: Department of Revenue
Ref # 3551367
P.O. Box 1897
San Jose, CA 95109-1897

**SPECIALIZED LOAN SERVICING, LLC**
Attn: John Beggins, C.E.O.
Ref # 1004701979
8742 Lucent Blvd, Suite 300
Highlands Ranch CO 80129

**WESTERN PROGRESSIVE LLC**
Attn: Tamika Smith, Trustee
Ref # 71906481
2002 Summit Blvd, Suite 600
Atlanta, GA 30319