Teresa Jean Moore
Robert-Garvin: Moore
8685 Queensbrook Court
Las Vegas, Nevada 89117
Tel: (818) 206-1146 - Fax: (818) 647-1186
Net: teresa_j_moore@yahoo.com

RECEIVED

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

AUG  8        '14

In re:  Teresa Jean Moore                     Case No.: **14-13791**
        Robert-Garvin: Moore                  Chapter:  **11**

U.S. BANKRUPTCY COURT
MARY A.

_____ Debtor(s)
_____

## THIRD FILING
## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

_____ Voluntary Petition (specify reason for amendment)
__✓__ Summary of Schedules
_____ Statistical Summary of Certain Liabilities
__✓__ Schedule A - Real Property
__✓__ Schedule B - Personal Property
_____ Schedule C - Property Claimed as exempt
_____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    _____ Add/delete creditor(s), change amount or classification of debt - $30.00 Fee required.
    _____ Add/change address of already listed creditor - No fee
_____ Schedule G - Executory Contracts and Unexpired Leases
_____ Schedule H - CoDebtors
__✓__ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Declaration Concerning Debtor's Schedules
_____ Statement of Financial Affairs and/or Declaration
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Disclosure of Compensation of Attorney for Debtor(s)
_____ Statement of Current Monthly Income and Means Test Calculation
_____ Certification of Credit Counseling
_____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 08/08/2014

_____
Teresa Jean Moore
Debtor

_____
Robert-Garvin: Moore
Joint Debtor
with the reservation of all rights

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

### District of Nevada

In re **Moore, Teresa Jean & Robert-Garvin**,
*Debtor*

Case No. **14-13791**

Chapter **11**

## SECOND AMENDED
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 3,400,000.00 | | |
| B - Personal Property | Yes | 4 | $ 9,454,144.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 650,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | | | $ 22,459.12 | |
| G - Executory Contracts and Unexpired Leases | No | | | | |
| H - Codebtors | No | | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 23,800.00 |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ 34,415.00 |
| **TOTAL** | | 12 | $ 12,854,144.00 | $ 672,459.12 | |

B6A (Official Form 6A) (12/07)

In re **Moore, Teresa Jean & Robert-Garvin**          ,          Case No. **14-13791**
                      Debtor                                                      (If known)

## SECOND AMENDED
# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2029 Ala Wai Blvd, Apt PH-1 Honolulu, Hawaii 96815 | Co-Owner | C | 400000 | Unknown/Disputed |
| 343 Hobron Lane, Apt 4404 Honolulu, Hawaii 96815 | Inheritance | C | 700000 | Unknown/Disputed |
| 2016 Komo Mai Drive Pearl City, Hawaii 96782 | Co-Owner | C | 300000 | Unknown/Disputed |
| 4251 Laurel Canyon Blvd Studio City, California 91604 | Owner | C | 700000 | Unknown/Disputed |
| 343 Ricardo Drive Aromas, California 95004 | Co-Owner | C | 700000 | Unknown/Disputed |
| 313 Palma Drive Salinas, California 93901 | Co-Owner | C | 200000 | Unknown/Disputed |
| 13077 Providence Place Bakersfield, California | Equitable and possessory interest by substantial performance of purchase agreement | C | 400000 | Unknown/Disputed |

                                                      Total➤    | 3,400,000.00 |
                                         (Report also on Summary of Schedules.)

In re __Moore, Teresa Jean & Robert-Garvin_____ ,                              Case No. __14-13791_____
                         **Debtor**                                                                                                         **(If known)**

## SECOND AMENDED
# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on Hand | C | 100 |
| 2.  Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | First Hawaiian Bank ($1255.52) Wells Fargo Bank ($3460.65) | C | 4716 |
| 3.  Security deposits with public util-ities, telephone companies, land-lords, and others. | | Buffalo Road Office Lease ($2500) Attorney Brett Marshall ($3500) | C | 6000 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Laurel Canyon, CA ($2000) Ala Wai Mansion, HI  ($2000) | C | 4000 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing and Wearing apparel (NV, CA, HI) | C | 500 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).). | X | | | |

In re **Moore, Teresa Jean & Robert-Garvin**          ,          Case No. **14-13791**
                        Debtor                                                      (If known)

## SECOND AMENDED
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Proctor & Gamble stock (32 shares) | C | 2528 |
| 14. Interests in partnerships or joint ventures. Itemize. | | INFINITY & BEYONDLLC; EMERALD GREEN LLC; MARSHALL LAW LEARNING CENTER LLC | C | 2000 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | Promissory Note by Russell Grisham Secured by 2029 Ala Wai Blvd, Apt PH1 | C | 44000 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Pacita Herschelman Estate (Mother) The Windsor, Apt 4404 | | 700000 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See B-21 Attachment | | 8686000 |

In re **Moore, Teresa Jean & Robert-Garvin**        ,          Case No. **14-13791**
            Debtor                                                              (If known)

SECOND AMENDED

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | MOORE WEALTH NETWORK Interactive Educational Webcast | | 0 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Suzuki Bergman (1 at $3000) Honda Helix (2 at 800) | | 3800 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Studio City, California ($50) Honolulu, Hawaii ($50) | | 100 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Las Vegas, NV ($100); Studio City, CA ($100) Honolulu, HI ($200) | | 400 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0___ continuation sheets attached     Total➤     $     9,454,144.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

BANKRUPTCY CASE NO: 14-13791

## ATTACHMENT B-21 Other Contingent and Un-liquidated Claims

| Party Name | Associated Property | Tentative Claims | Amount |
|---|---|---|---|
| Debra Parks, et al | 16155 Otsego Street, Encino, California | Fraud, Conversion, Unjust Enrichment and others | $600,000.00 |
| HSBC BANK, et al | 17602 Havenridge Drive, Bakersfield California | Fraud, Conversion, Wrongful Eviction, IIED, and others | $50,000.00 |
| DEUTSCHE BANK, et al | 2016 Komo Mai Drive, Pearl City, Hawaii | Fraud, Title Slander, Quiet Title and others | $600,000.00 |
| Jonathan Czarnecki, et al | 22280 Toro Hills Drive, Salinas, California | Fraud, Contract breach, Conversion, Unjust Enrichment and others | $825,000.00 |
| US BANK NA, et al | 343 Ricardo Drive, Aromas, California | Fraud, Conversion, Unjust Enrichment, Quiet Title and others | $250,000.00 |
| BAYVIEW LOAN SERVICING, et al | 3792 Greenbriar Drive, Pittsbur, California | Fraud, Conversion, Unjust Enrichment, Wrongful Eviction and others | $300,000.00 |
| Jonny Hovik Meguerian, et al | 424 North Kalaheo Avenue, Kailua, Hawaii | Fraud, Conversion, Unjust Enrichment, Wrongful Eviction and others | $1,000,000.00 |
| Bruce Bagheri, et al | 8685 Queensbrook Court, Las Vegas, Nevada | Fraud, Conversion, Unjust Enrichment, Quiet Title and others | $500,000.00 |
| Sabrina Stevens | Condo Equity Share, Kauai, Hawaii | Fraud, Contract breach, Conversion, Unjust Enrichment and others | $126,000.00 |
| John Spadaro, et al | Executive Center Lease, Honolulu, Hawaii | Fraud, Wrongful Eviction, IIED and others | $150,000.00 |
| Courtney Brown | Executive Center Purchase, Honolulu, Hawaii | Fraud, Conversion, Unjust Enrichment, IIED and others | $40,000.00 |
| Joe Brescia, et al | Kekaha Purchase Deposit, Kauai, Hawaii | Fraud, Conversion, Unjust Enrichment, IIED and others | $180,000.00 |
| Claire Melde | Robinson Canyon Equity, Carmel, California | Fraud, Conversion, Unjust Enrichment and others | $300,000.00 |
| Dodi Gains, et al | Robinson Canyon Equity, Carmel, California | Fraud, Conversion, Unjust Enrichment, IIED and others | $1,000,000.00 |
| Ty Ebright, et al | Schulte Road Equity, Carmel, California | Fraud, Conversion, Unjust Enrichment, IIED and others | $1,000,000.00 |
| Sharon Stevens | Vantage Drive Equity, Studio City, California | Fraud, Conversion, Unjust Enrichment and others | $100,000.00 |
| Debra Parks, et al | 4251 Laurel Canyon Blvd, Studio City, California | Fraud, Conversion, Unjust Enrichment and others | $600,000.00 |
| John Gschwend | 13077 Providence Place Bakersfield, California | Fraud, Unjust Enrichment, Defamation, Contract Interference and others | $50,000.00 |
| Donna Lynn Mosier | 6709 Hawaii Kai Drive, Honolulu, Hawaii | Fraud, Conversion, Unjust Enrichment, Wrongful Eviction and others | $1,000,000.00 |
| Anthony & Jenny Hemandez | 13077 Providence Place Bakersfield, California | Contract Breach, Conversion, Unjust Enrichment and others | $15,000.00 |
| | | **TOTAL** | **$8,686,000.00** |

Fill in this information to identify your case:

Debtor 1 **Teresa Jean Moore**
First Name          Middle Name          Last Name

Debtor 2 **Robert G. Moore**
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the:        **District of Nevada**

Case number **14-13791**
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
<u>08/08/2014</u>
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income (SECOND AMENDMENT)                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | Consultant | |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number   Street | Number   Street |
| | City          State   ZIP Code | City          State   ZIP Code |
| **How long employed there?** | | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. + $_____ | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

Debtor 1   __Teresa Jean Moore__
           First Name      Middle Name      Last Name

Case number (*if known*)__14-13791__

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here......................................................................➔ | 4. | $ 0.00 | $ 0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $_____ | $_____ |
| 5b.  **Mandatory contributions for retirement plans** | 5b. | $_____ | $_____ |
| 5c.  **Voluntary contributions for retirement plans** | 5c. | $_____ | $_____ |
| 5d.  **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e.  **Insurance** | 5e. | $_____ | $_____ |
| 5f.  **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g.  **Union dues** | 5g. | $_____ | $_____ |
| 5h.  **Other deductions.** Specify: _____ | 5h. | + $_____ | + $_____ |
| 6.  **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7.  **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $_____ | $_____ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a.  **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $_____ | $_____ |
| 8b.  **Interest and dividends** | 8b. | $_____ | $_____ |
| 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d.  **Unemployment compensation** | 8d. | $_____ | $_____ |
| 8e.  **Social Security** | 8e. | $_____ | $_____ |
| 8f.  **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $_____ | $_____ |
| 8g.  **Pension or retirement income** | 8g. | $_____ | $_____ |
| 8h.  **Other monthly income.** Specify: __Consulting Services__ | 8h. | + $ 10,000.00 | + $_____ |
| 9.  **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 10,000.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 10,000.00 + | $ 0.00 = $ 10,000.00 |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: __Partner expense & reimbursed property management expenses__          11. + $ 13,800.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12.   $ 23,800.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   Increse in consulting income; settlement funds; loan modification decreases

8a   Rental Income - Komo Mai Studio   $6

11.   Re-imbursed property expences and main...

     - Komo Mai

          600              $1,350
          500
          250

     - Laurel Canyon    $1000

     - PA-1             $2500

     - Providence     $1500

     - Havenridge    $1500

     - Buffaloe Rd    $1,750

     - Palma        $1200.

     - Queensbrook    $1000.

     - Ricardo      $2000
                   _____
                  13,800

*Filer's Name, Address, Phone, Fax, Email:*

Teresa Jean Moore
Robert-Garvin: Moore
8685 Queensbrook Court
Las Vegas, Nevada 89117
Tel: (818) 206-1146
Fax: (818) 647-1186
Net: teresa_j_moore@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEVADA
300 Las Vegas Bolevard South, Las Vegas, Nevada 89101

| | |
|---|---|
| *Debtor:*    **Teresa Jean Moore** | *Case No.:* **14-13791** |
| *Joint Debtor:*    **Robert-Garvin: Moore** | *Chapter* **11** |
| *[If adversary proceeding, complete the information below. Use "et al." if multiple parties.]*<br>Plaintiff(s):<br><br>  *vs.*<br>Defendant(s):* | *Adversary Proceeding No.:*<br><br>*Related Docket No.:* |

**DECLARATION OF SERVICE**

| *Document(s) served:*<br>THIRD FILING AMENDMENT COVER SHEET, SECOND AMENDED SUMMARY, SECOND AMENDED SCHEDULES A, B, D AND I | *Date served:*<br><br>**08/08/2014** |
|---|---|

**The undersigned declares under the penalty of perjury that the addressees were served the document(s) by the first class mail unless noted otherwise.**

| US BANKRUPTCY COURT<br>Attn: Mary A. Schott, Clerk<br>300 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101 | US TRUSTEE OFFICE<br>Attn: Jonas V. Anderson, Esq.<br>300 Las Vegas Boulevard S, Ste 4300<br>Las Vegas, Nevada 89101 | SEE SERVICE LIST ATTACHMENT |
|---|---|---|
| | | |
| | | |

| Dated: August 8, 2014 | *Teresa J. Moore*<br>**/s/** Teresa Jean Moore _____<br>Signature                (If original signature, print name above) |
|---|---|

ALA WAI MANSION AOAO
Ref # APT PH1
Attn: Joe Corner, President
2029 Ala Wai Boulevard, Apt. 603
Honolulu, HI 96815

ALA WAI MANSION AOAO
Ref # APT PH1
Attn: Ryan A. Andersen, Esq.
415 South 6th Street, Suite 203-B
Las Vegas, NV 89101

ALA WAI MANSION AOAO
Ref # APT PH1
Attn: Steven Gutman, Esq.
220 South King Street, Suite 1900
Honolulu, HI 96813

ALA WAI MANSION, INC
Ref # APT PH1
C/O: Kapono F.H. Kiakona, Esq.
841 Bishop Street
Honolulu, HI 96813

BANK OF AMERICA, N.A.
Ref # 7130924074
Attn: Brian T. Moynihan, C.E.O.
400 National Way
Simi Valley, CA 93065

CALIF STATE BOARD OF EQUALIZATION
Special Operations BR Team, MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

CARRINGTON MORTG SERVICES, LLC
Ref # 1007028236
Attn: Bruce Rose, C.E.O.
P.O. Box 54285
Irvine, CA 92619-4285

CARRINGTON MORTG SERVICES, LLC
Ref # 1007028236
Attn: Bruce Rose, C.E.O.
1610 East Saint Andrew Place, Suite B150
Santa Ana, CA 92705

CARRINGTON MORTG SERVICES, LLC
Ref # 1000521956
Attn: Bruce Rose, C.E.O.
1610 East Saint Andrew Place, Suite B
Santa Ana, CA 92705

CITY & COUNTY OF HONOLULU
Ref: 1970481150000002
DIVISION OF TREASURY
P.O. Box 4200
Honolulu, HI 96812-4200

CITY OF LOS ANGELES, FINANCE OFFICE
Ref # 2367005034
RMS Tax Discovery Unit
P.O. Box 53234
Los Angeles, CA 90053-0234

COUNTEY OF MONTEREY
Ref # 002-891-009-000
Attn: Mary A. Zeeb, Treasurer
P.O. Box 891
Salinas, CA 93902-0891

Danny & Delaina Black
7001 Creemore Street
Bakersfield, CA 93314

DEPT OF EMPLOYMENT, TNG & REHAB
Employment Security Division
500 East Third Street
Carson City, NV 89713

DEUTSCHE BANK NATIONAL TRUST CO.
Ref # 1000521956
Attn: David Co, Director
1761 East Saint Andrew Place
Santa Ana, CA 92705

DEUTSCHE BANK NATIONAL TRUST CO.
Ref # 1000521956
Attn: Darren A. Fulco, C.E.O.
300 South Grand Avenue, 41st Floor
Los Angeles, CA 90071

ENCINO HOSPITAL MEDICAL CENTER
Attn: Admittng Dept
16237 Ventura Blvd
Encino, CA 91436

Eugene F. Herschelman
7707 Kemper Road
Modesto, CA 95357

HSBC BANK U.S.A., N.A.
Attn: Patrick Burke, C.E.O.
P.O. Box 2013
Buffalo, NY 14240

INTERNAL REVENUE SERVICE
Attn: Bankruptcy Section
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeff Wilson
PO Box 10414
Salinas, CA 93912

John Gschwend
P.O. Box 757
Pearl City, HI 96782

LAWRENCE MILLER TRUST
Attn: Trustee
1333 North Buffalo Drive, Suite 120
Las Vegas, NV 89128

NEVADA DEPT OF TAXATION
Attn: Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Norm Pomeranz
Ref # 1826082
P.O. Box 67603
Los Angeles, CA 90067

OCWEN LN 2002-FF4 (CE)
Ref # 71906481
Attn: Ronald M. Faris, C.E.O.
30 Corporate Park 450
Irvine, CA 92606

OCWEN LOAN SERVICING LLC
Ref # 71906481
Attn: Ronald M. Faris, C.E.O.
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

OCWEN LOAN SERVICING LLC
Ref # 7130924074
Attn: Ronald M. Faris, C.E.O.
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

OCWEN LOAN SERVICING LLC
Ref # 7140192308
Attn: Ronald M. Faris, C.E.O.
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

PACIFICA EMERG MED ASSOC
Ref # 53572
Attn: Finance Dept
P.O. Box 60039
Arcadia, CA 91066-6039

PNC BANK, N.A.
Ref # 0003415695
Attn: William S. Demchak, C.E.O.
1 PNC Plaza, 259 5th Avenue
Pittsburgh, PA 15222

RODRIGUEZ LAW GROUP
Attn: Patricia Rodriguez
1961 West Huntington Drive, Suite #201
Alhambra, CA 91801

SANTA CLARA COUNTY
Ref # 3551367
Attn: Department of Revenue
P.O. Box 1897
San Jose, CA 95109-1897

SPECIALIZED LOAN SERVICING, LLC
Ref # 1004701979
Attn: John Beggins, C.E.O.
8742 Lucent Blvd, Suite 300
Highlands Ranch CO 80129

THE WINDSOR AOAO
Attn: John Morris, Esq.
888 Mililani Street, 2nd Floor
Honolulu, HI 96813

Tom Block
Ref # 1826082
11400 W. Olympic Blvd, 9th Floor
Los Angeles, CA 90064-1500

WELLS FARGO BANK, N.A., as Trustee
Ref # 1007028236
Attn: John Stumpf, C.E.O.
420 Montgomery Street
San Francisco, CA 94104

PNC BANK, N.A.
Ref # 0003415695
Attn: David B. Rosen, Esq.
810 Richards Street, Suite 880
Honolulu, HI 96813

Russell Jack Grisham
2029 Ala Wai Boulevard, PH-1
Honolulu, HI 96815

SCV HEALTH & HOSPITAL SYSTEMS
Ref # 68758
Attn: Finance Dept
P.O. Box 742502
Los Angeles, CA 90074-2502

SPECIALIZED LOAN SERVICING, LLC
Ref # 1004701979
Attn: John Beggins, C.E.O.
616 1st Avenue, Suite 500
Seattle, WA 98104

THE WINDSOR AOAO
Attn: Jim Tollefson, President
343 Hobron Lane, Apt 4102
Honolulu, HI 96815

US BANK, N.A., as Trustee
Ref # 500002416
Attn: Richard Davis, C.E.O.
800 Nicollet Mall, BC-MN-H210
Minneapolis, MN 55402-4302

WELLS FARGO BANK, N.A., as Trustee
Ref # 1007028236
Attn: Dereck Wong, Esq.
900 Fort Street Mall, Suite 800
Honolulu, HI 96813

QUEST DIAGNOSTICS
Attn: Finance Dept
P.O. Box 740988
Cincinnati, OH 45274-0988

SAN BENITO COUNTY
Ref # 990-044-170-000
Attn: Mary Lou Andrade, Treasurer
440 Fifth Street, Room #107
Hollister, CA 95023-3894

SCV MEDICAL CENTER
Attn: Paul E. Lorenz, C.E.O.
751 South Bascom Avenue
San Jose, CA 95128

STATE OF CALIFORNIA, DEPT. OF TRANS.
Attn: Helen Yoon, Esq.
595 Market Street, Suite 1700
San Francisco, CA 94105

Todd Zang
8685 Queensbrook Court
Las Vegas, NV 89117

WELLS FARGO BANK, N.A.
Attn: John Stumpf, C.E.O.
420 Montgomery Street
San Francisco, CA 94104

WESTERN PROGRESSIVE LLC
Ref # 71906481
Attn: Tamika Smith, Trustee
2002 Summit Blvd, Suite 600
Atlanta, GA 30319