Teresa Jean Moore
Robert-Garvin: Moore
8685 QueenS Brook Court
Las Vegas, Nevada 89129
Tel: (818) 206-1146 - Fax: (818) 647-1186
Net: teresa_j_moore@yahoo.com



RECEIVED AND FILED
2014 SEP 3 PM 2 28
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:  Teresa Jean Moore           Case No.: **14-13791**
        Robert-Garvin: Moore         Chapter: **11**

_____
        Debtor(s)

## FOURTH FILING
## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ✓ Voluntary Petition (specify reason for amendment) **zip code error**
- ___ Summary of Schedules
- ___ Statistical Summary of Certain Liabilities
- ___ Schedule A - Real Property
- ___ Schedule B - Personal Property
- ___ Schedule C - Property Claimed as exempt
- ___ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
   - ___ Add/delete creditor(s), change amount or classification of debt - $30.00 Fee required.
   - ___ Add/change address of already listed creditor - No fee
- ___ Schedule G - Executory Contracts and Unexpired Leases
- ___ Schedule H - CoDebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ___ Schedule J - Current Expenditures of Individual Debtor(s)
- ___ Declaration Concerning Debtor's Schedules
- ___ Statement of Financial Affairs and/or Declaration
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Disclosure of Compensation of Attorney for Debtor(s)
- ___ Statement of Current Monthly Income and Means Test Calculation
- ___ Certification of Credit Counseling
- ✓ Other: Amended June MOR; Amended July MOR

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website:** www.nvb.uscourts.gov

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 09/02/2014        *Teresa J Moore*              *Robert-Garvin Moore*
_____       Teresa Jean Moore              Robert-Garvin Moore
                        Debtor                         Joint Debtor
                                                       with the reservation of all rights

| UNITED STATES BANKRUPTCY COURT<br>District of Nevada | FOURTH AMENDED<br>VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Teresa Jean Moore | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Moore, Robert-Garvin |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Robert G. Moore | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Robert-Garvin: Moore |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>3663 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>8938 |
| Street Address of Debtor (No. and Street, City, and State):<br>8685 Queens Brook Court<br>Las Vegas, Nevada<br>ZIP CODE 89129 | Street Address of Joint Debtor (No. and Street, City, and State):<br>4251 Laurel Canyon Blvd.<br>Studio City, California<br>ZIP CODE 91604 |
| County of Residence or of the Principal Place of Business:<br>Clark County | County of Residence or of the Principal Place of Business:<br>Los Angeles |
| Mailing Address of Debtor (if different from street address):<br>8685 Queens Brook Court<br>Las Vegas, Nevada<br>ZIP CODE 89129 | Mailing Address of Joint Debtor (if different from street address):<br>3940 Laurel Canyon Blvd., Suite 999<br>Studio City, California<br>ZIP CODE 91604 |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [x] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Teresa Jean Moore and Robert-Garvin: Moore | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: District of Hawaii | Case Number: 10-00771 | Date Filed: 03/18/2010 |
| Location Where Filed: Central District of California | Case Number: 07-14784 | Date Filed: 12/05/2007 |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: Russell Jack Grisham | Case Number: 14-00500 | Date Filed: 04/11/2014 |
| District: District of Hawaii | Relationship: Lease /Option + Title Holder | Judge: Robert J. Faris |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Teresa Jean Moore and Robert-Garvin: Moore |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Teresa Jean Moore**  *Teresa J. Moore*
Signature of Debtor

X  **Robert-Garvin: Moore**  *[signature] With the reservation of all rights*
Signature of Joint Debtor
818-206-1146
Telephone Number (if not represented by attorney)
~~07/31/2014~~  09/02/2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**BANKRUPTCY CASE NO: 14-13791**
ATTACHMENT – PETITION

**Prior Bankruptcy Cases Filed Within Last 8 Years**

| Case Number | Filing Date | Closing Date | Discharge Date | Disposition |
|---|---|---|---|---|
| 07-12387-13 | 07/11/2007 | 04/04/2008 | | Dismissed for Other Reason 09/05/2007 |
| 07-13532-07 | 09/25/2007 | 11/27/2007 | | Dismissed for Other Reason 11/06/2007 |
| 07-14758-13 | 12/04/2007 | 02/04/2009 | | Dismissed for Other Reason |
| 07-14784-07 | 12/05/2007 | 09/29/2010 | 06/24/2009 | Standard Discharge 06/24/2009 |
| 10-00771-07 | 03/18/2010 | 09/03/2013 | | No Discharge |

Filer's Name, Address, Phone, Fax, Email:

Teresa Jean Moore
Robert-Garvin: Moore
8685 Queen Brook Court
Las Vegas, Nevada 89129
Tel: (818) 206-1146
Fax: (818) 647-1186
Net: teresa_j_moore@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEVADA
300 Las Vegas Bolevard South, Las Vegas, Nevada 89101

| Debtor: | Teresa Jean Moore | Case No.: | **14-13791** |
|---|---|---|---|
| Joint Debtor: | Robert-Garvin: Moore | Chapter | **11** |

(If adversary proceeding, complete the information below. Use "et al." if multiple parties.)
Plaintiff(s):

vs.
Defendant(s):

Adversary Proceeding No.:

Related Docket No.:

## DECLARATION OF SERVICE

| Document(s) served: | Date served: |
|---|---|
| FOURTH AMENDED VOLUNTARY PETITION, AMENDED JUNE OPERATING REPORT; AMENDED JULY OPERATING REPORT | 09/03/2014 |

The undersigned declares under the penalty of perjury that the addressees were served the document(s) by the first class mail unless noted otherwise.

| US BANKRUPTCY COURT<br>Attn: Mary A. Schott, Clerk<br>300 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101 | US TRUSTEE OFFICE<br>Attn: Jonas V. Anderson, Esq.<br>300 Las Vegas Boulevard S, Ste 4300<br>Las Vegas, Nevada 89101 | |
|---|---|---|
| | | |
| | | |

Dated: September 3, 2014

/s/ Teresa Jean Moore
Signature                                    (If original signature, print name above)