_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**September 26, 2014**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:    702-825-2824

**KLEIN DENATALE, GOLDNER,**
**COOPER, ROSENLIEB, & KIMBALL, LLP**
Kurt Van Sciver, Esq.
California Bar No. 263957
(Admitted Pro Hac Vice)
4550 California Ave., Second Floor
Bakersfield, California 93314
Email: *kvansciver@kleinlaw.com*
Phone: 661-395-1000
Fax:    661-326-0418

*Attorneys for Movant John Gschwend*

# UNITED STATES BANKRUPTY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TERESA JEAN MOORE and ROBERT GARVIN MOORE,<br><br>Debtors. | Case No.: 14-13791-ABL<br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing Date: September 17, 2014<br>Hearing Time: 1:30 p.m. Pacific time<br>Courtroom:    1 |

The Court, having considered the *Motion for Relief from the Automatic Stay* (the "Motion") filed by John Gschwend (the "Movant") at ECF No. 50; having conducted a hearing with respect to the Motion on September 17, 2014, at 1:30 p.m. Pacific time; with Ryan A. Andersen, Esq. of Andersen

1  Law Firm, Ltd. appearing on behalf of the Movant and with Ms. Teresa Jean Moore and Mr. Robert
2  Garvin Moore appearing on their own behalf; and having stated its findings of fact and conclusions of
3  law on the record at the conclusion of such hearing, pursuant to Rule 7052 of the Federal Rules of
4  Bankruptcy Procedure, made applicable to this contested matter by Rule 9014 of the Federal Rules of
5  Bankruptcy Procedure, such findings of facts and conclusions of law therefore being incorporated as if
6  set forth herein:

**NOW THEREFORE**, good cause appearing, the Court **ORDERS** as follows:

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the automatic stay imposed pursuant to 11 U.S.C. § 362(a) is hereby **TERMINATED** pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)(2) with respect to that certain real property generally located at 13307 Providence Place, Bakersfield, California.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By:  /s/ Ryan A. Andersen
     Ryan A. Andersen, Esq.
     Nevada Bar No. 12321
     415 South 6th Street, Suite 203B
     Las Vegas, Nevada 89101

*Attorney for Movant John Gschwend*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☑ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    Counsel appearing:   NONE
    Trustee appearing:   NONE
    Debtor(s) appearing:  Teresa Jean Moore- *Failed to Respond*
                               Robert Gavin Moore- *Failed to Respond*

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of September, 2014.

                By:   /s/ Ryan A. Andersen
                          Ryan A. Andersen, Esq.
                          Nevada Bar No. 12321
                          **ANDERSEN LAW FIRM, LTD.**
                          415 South 6th Street, Suite 203B
                          Las Vegas, Nevada 89101

*Attorney for Movant John Gschwend*

# # #