_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 20, 2015

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:     702-825-2824

*Attorney for Creditor Association of Apartment Owners of Ala Wai Mansion*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TERESA JEAN MOORE and<br>ROBERT GARVIN MOORE,<br><br>Debtors. | Case No.: 14-13791-ABL<br>Chapter 11<br><br>**ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE WITH PREJUDICE AND FOR INJUNCTION AGAINST FUTURE FILING**<br><br>Hearing Date:  November 17, 2015<br>Hearing Time:  10:30 a.m. Pacific time<br>Courtroom:     1 |

The Court, having reviewed and considered the *Motion to Dismiss Bankruptcy Case with Prejudice and for Injunction Against Future Filing* ("Motion") filed by the Association of Apartment Owners of Ala Wai Mansion ("Association"), by and through its counsel of record, Andersen Law Firm, Ltd.; having reviewed and considered all the pleadings and papers filed in support of the Motion;

1 having conducted a hearing with respect to the Motion on November 17, 2015, at 10:30 a.m. Pacific time, with Ryan A. Andersen, Esq. of Andersen Law Firm appearing in support of the Motion, and with other appearances as noted on the record of such hearing; having found that adequate and proper notice of the Motion and of such hearing was provided to the above-captioned debtors, Teresa Jean Moore and Robert Garvin Moore (together, "Debtors"), and to parties in interest; having noted on the record of such hearing that the Motion was unopposed; and having stated its findings of facts and conclusions of law on the record at the conclusion of such hearing, pursuant to Fed. Rule Bankr. P. 7052, made applicable to this contested matter by Fed. Rule Bankr. P. 9014;

**NOW THEREFORE**, good cause appearing, the Court **ORDERS** as follows:

**IT IS ORDERED** that the Motion is granted as set forth herein;

**IT IS FURTHER ORDERED** that the above-captioned bankruptcy case is dismissed with prejudice as to all liabilities that have been or that could have been scheduled by the Debtors in the above-captioned bankruptcy case;

**IT IS FURTHER ORDERED** that, as 11 U.S.C. § 109(g)(1) is applicable to the Debtors, the Debtors are ineligible to be bankruptcy debtors for a period of 180 days following entry of this Order; and

**IT IS FURTHER ORDERED** that the Debtors are prohibited and barred from filing any case under the Bankruptcy Code in the United States Bankruptcy Court, District of Nevada, for a period of two years from entry of this Order.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By: /s/ Ryan A. Andersen
     Ryan A. Andersen, Esq.
     Nevada Bar No. 12321
     101 Convention Center Drive
     Suite 600
     Las Vegas, Nevada 89109

*Attorney for Creditor Association of Apartment Owners of Ala Wai Mansion*

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☑ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:
  Victoria Hightower, Esq.: *Waived Review on the Record*
  Brian D. Shapiro, Esq.: *Waived Review on the Record*

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of November, 2015.

By: /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
**ANDERSEN LAW FIRM, LTD.**
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109

*Attorney for Creditor Association of Apartment Owners of Ala Wai Mansion*

# # #