**Electronically Filed: November 20, 2015**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:     702-825-2824
*Attorney for Creditor Association of*
*Apartment Owners of Ala Wai Mansion*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TERESA JEAN MOORE and<br>ROBERT GARVIN MOORE,<br><br>Debtors. | Case No.: 14-13791-ABL<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER** |

**PLEASE TAKE NOTICE** that an *Order Granting Motion to Dismiss Bankruptcy Case with Prejudice and for Injunction Against Future Filing w*as entered in the above-captioned bankruptcy case on November 20, 2015.  A copy of the Order is attached hereto as Exhibit 1.

Dated this 20th day of November, 2015.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By:     /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109

*Attorney for Creditor Association of*
*Apartment Owners of Ala Wai Mansion*

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 20, 2015

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:     702-825-2824

*Attorney for Creditor Association of*
*Apartment Owners of Ala Wai Mansion*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 14-13791-ABL |
|---|---|
| TERESA JEAN MOORE and ROBERT GARVIN MOORE, | Chapter 11 |
| Debtors. | **ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE WITH PREJUDICE AND FOR INJUNCTION AGAINST FUTURE FILING** |
| | Hearing Date:  November 17, 2015 |
| | Hearing Time:  10:30 a.m. Pacific time |
| | Courtroom:       1 |

The Court, having reviewed and considered the *Motion to Dismiss Bankruptcy Case with Prejudice and for Injunction Against Future Filing* ("Motion") filed by the Association of Apartment Owners of Ala Wai Mansion ("Association"), by and through its counsel of record, Andersen Law Firm, Ltd.; having reviewed and considered all the pleadings and papers filed in support of the Motion;

1 having conducted a hearing with respect to the Motion on November 17, 2015, at 10:30 a.m. Pacific
2 time, with Ryan A. Andersen, Esq. of Andersen Law Firm appearing in support of the Motion, and
3 with other appearances as noted on the record of such hearing; having found that adequate and proper
4 notice of the Motion and of such hearing was provided to the above-captioned debtors, Teresa Jean
5 Moore and Robert Garvin Moore (together, "Debtors"), and to parties in interest; having noted on the
6 record of such hearing that the Motion was unopposed; and having stated its findings of facts and
7 conclusions of law on the record at the conclusion of such hearing, pursuant to Fed. Rule Bankr. P.
8 7052, made applicable to this contested matter by Fed. Rule Bankr. P. 9014;

      **NOW THEREFORE**, good cause appearing, the Court **ORDERS** as follows:

      **IT IS ORDERED** that the Motion is granted as set forth herein;

      **IT IS FURTHER ORDERED** that the above-captioned bankruptcy case is dismissed with prejudice as to all liabilities that have been or that could have been scheduled by the Debtors in the above-captioned bankruptcy case;

      **IT IS FURTHER ORDERED** that, as 11 U.S.C. § 109(g)(1) is applicable to the Debtors, the Debtors are ineligible to be bankruptcy debtors for a period of 180 days following entry of this Order; and

      **IT IS FURTHER ORDERED** that the Debtors are prohibited and barred from filing any case under the Bankruptcy Code in the United States Bankruptcy Court, District of Nevada, for a period of two years from entry of this Order.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By:   /s/ Ryan A. Andersen
       Ryan A. Andersen, Esq.
       Nevada Bar No. 12321
       101 Convention Center Drive
       Suite 600
       Las Vegas, Nevada 89109

*Attorney for Creditor Association of Apartment Owners of Ala Wai Mansion*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☑ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:
   Victoria Hightower, Esq.: *Waived Review on the Record*
   Brian D. Shapiro, Esq.: *Waived Review on the Record*

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of November, 2015.

                                              By:    /s/ Ryan A. Andersen
                                                        Ryan A. Andersen, Esq.
                                                        Nevada Bar No. 12321
                                                        **ANDERSEN LAW FIRM, LTD.**
                                                        101 Convention Center Drive
                                                        Suite 600
                                                        Las Vegas, Nevada 89109

*Attorney for Creditor Association of Apartment Owners of Ala Wai Mansion*

# # #